JAMES PHILLIP VAUGHNS, CSB # 124040
Attorney at Law
6114 LaSalle Ave, Suite 289
Oakland, CA 94611
(510) 583 9622 office
510-772-7767 cellular
510-735-8658 fax
vaughnslaw@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MADAN LAKHAN PAL,<br><br>    Plaintiff<br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DONALD NEUFELD, Associate Director, Service Center Operations, U.S. Citizenship & Immigration Services; KATHY A. BARAN, Director, California Service Center, U.S. Citizenship & Immigration Services, and DOES 1 to 5,<br><br>    Defendants | Civil Action No. |

**COMPLAINT FOR MANDAMUS**

To the Honorable Judge of Said Court:

**INTRODUCTION**

    This action is brought by the plaintiff to compel the defendants to adjudicate the Petition filed with the U.S. Citizenship and Immigration Services (then INS) by plaintiff for his child, RAKESH KUMAR prior to December, 1992. Defendant U.S. Citizenship and Immigration Services (then INS) has refused to complete the case, claiming, initially, that the

Petition had been revoked (**Exhibit 1**), then stating that the case file could not be located. **Exhibit 2**. As of January 22, 2020, Defendants' website shows that the Petition remains approved. **Exhibit 3**.

Adjudication, as requested in this case, means transmitting the approved Petition to the National Visa Center for immigrant visa processing. As will be shown, defendants have no viable excuse for failing to do so.

Plaintiff has since filed a second Petition for RAKESH KUMAR. **Exhibit 4**. That "Second Petition" has been approved, but is awaiting a current priority date - presently 3 years away. As Plaintiff's health has deteriorated, and he will not likely survive the 3 year wait, this action is sought to facilitate his reunion with his adult child by compelling the pursuit of the original approved Petition for which there will be no waiting period. **Exhibit 5**. In the alternative, permitting the expediting of plaintiff's second Petition to "current" status will accomplish the same result.

**PARTIES**

1. The Plaintiff MADAN LAKHAN PAL is a naturalized United States citizen. He resides in Union City, California.

2. The suit is also to protect the rights of RAKESH KUMAR. He is the adult child of an American citizen. On Mr. KUMAR's behalf, plaintiff invokes his right to family integrity, which is part of the Due Process Clause of the United States Constitution. See for, example, the discussion of this right in *Morris v. Dearborne,* U.S. Court of Appeals, 5th Circuit, No. 98-40488, decided July 16, 1999.

3. The Defendants are the U.S. Citizenship and Immigration Services, an agency within the U. S. Department of Justice, and its officers who are charged by law with the obligation of adjudicating Petitions for Alien Relatives such as was filed by plaintiff.

## JURISDICTION

4. This is a civil action brought pursuant to 28 USC §§ 1331 and 1361 to redress the deprivation of rights, privileges and immunities secured to plaintiff, by which jurisdiction is conferred, to compel defendant and those working under him to perform duties owed to plaintiff.

5. Jurisdiction is also conferred by 5 USC §704. Plaintiff is aggrieved by adverse agency action in this case, as the Administrative Procedures Act requires in order to confer jurisdiction on the District Courts. 5 USC §§702 *et seq.*

6. The aid of the Court is invoked under 28 USC §§2201 and 2202, authorizing a declaratory judgment.

7. Costs and attorneys fees will be sought pursuant to the Equal Access to Justice Act, 5 USC §504, and 28 USC §2412(d), *et seq.*

## VENUE

8. Venue is proper in Oakland, California and the Oakland Division of the Northern District of California since defendant District Director has a place of business there.

## REMEDY SOUGHT

9. Plaintiff seeks to have the Court compel the defendant to finalize the adjudication of the I-130 Petition for Alien Relative which plaintiff filed with defendant bearing the identification number WAC-97-142-52208 which plaintiff filed prior to December 1992. ("Original Petition")

## CAUSE OF ACTION

10. Although defendants have acknowledged that the Original Petition was filed with their office, they have not advanced any reason for its revocation, supplied any proof that it was actually revoked, or explained their refusal to facilitate the processing of RAKESH KUMAR's efforts to obtain an immigrant visa. Despite being requested on

numerous occasions to proceed with the case and complete it, defendants have continuously failed and refused to do so.

11. There is no reason that plaintiff's Original Petition should be disqualified for processing. It secured a priority date for the beneficiary which is now current.

12. Plaintiff asserts that the Defendants have no legal basis for failing to proceed as requested here.

13. Plaintiff has no administrative remedies.

14. Mandamus is appropriate because there is no other remedy at law. Plaintiff seeks to compel an action to be made, in terms of both mandamus and in terms of the Administrative Procedures Act for administrative action wrongfully withheld.

**PRAYER**

Wherefore, plaintiff prays that the Court compel the District Director of the U.S. Citizenship and Immigration Services at the California Service Center to complete processing the Original Petition by forwarding it to the National Visa Center. In the alternative, plaintiff prays that the Court compel Defendants to expedite the processing of the Second Petition filed by plaintiff and forward it to the National Visa Center, and grant such other relief as may be proper under the circumstances.

DATED: February 3, 2020       Respectfully submitted,


                              *-S- James Phillip Vaughns*

                              _____
                              JAMES PHILLIP VAUGHNS
                              Attorney for Plaintiff