UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADAN LAKHAN PAL,<br><br>   Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>   Defendants. | Case No. 20-cv-01056-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 9 |

The Court has reviewed Magistrate Judge Jacqueline Scott Corley's Report and Recommendation recommending that this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. *See* Dkt. No. 9. The time for objections has passed, and none have been filed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court adopts the Report and Recommendation in its entirety, and the case is dismissed without prejudice. The Clerk is requested to close the case.

**IT IS SO ORDERED.**

Dated: March 15, 2021

JAMES DONATO
United States District Judge